1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                            AT SEATTLE

8     RAMON SILVA,

9                            Plaintiff,              Case No. C19-1294-RAJ

10           v.

11    CAMERON WALKER, *et al.*,                      ORDER GRANTING IN PART AND
                                                     DENYING IN PART DEFENDANTS'
12                           Defendants.             MOTION TO DISMISS

13

14          The Court, having reviewed Plaintiff's complaint, Defendants' motion to dismiss, the

15    Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate

16    Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

17          (1)     The Report and Recommendation is approved and adopted.

18          (2)     Defendants' motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6)

19    (dkt. # 11) is GRANTED in part and DENIED in part. Defendants' motion is GRANTED to the

20    extent Plaintiff claims that the deployment of pepper spray and placement on a restraint board

21    constituted excessive force, and to the extent Plaintiff claims that Defendants failed to protect

22    him from himself. Defendants' motion to dismiss is DENIED to the extent Plaintiff claims that

23    ORDER GRANTING IN PART AND
      DENYING IN PART DEFENDANTS'
      MOTION TO DISMISS - 1

his prolonged restraint and exposure to pepper spray without decontamination constituted excessive force and deliberate indifference.

(3)     Defendants are directed to file an answer to Plaintiff's complaint addressing Plaintiff's remaining claim not later than ***fourteen (14) days*** from the date on which this Order is signed.

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Michelle L. Peterson.

DATED this 17th day of April, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO DISMISS - 2