UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SILVA,

                Plaintiff,

    v.

CAMERON WALKER, *et al.*,

                Defendants.

Case No. C19-1294-RAJ-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

Plaintiff has submitted to the Court for consideration a motion seeking leave to amend his complaint. (Dkt. # 22) Plaintiff indicates therein that he wishes to amend the relief sought in his original complaint. (*Id.*) Plaintiff failed, however, to submit with his motion a proposed amended pleading as is required by the rules of this Court. *See* Local Civil Rule (LCR) 15. Accordingly, Plaintiff's motion is procedurally deficient and is therefore DENIED.

DATED this 13th day of May, 2020.

                WILLIAM McCOOL, Clerk

                By s/Michael Williams
                Deputy Clerk

MINUTE ORDER