UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SILVA,

               Plaintiff,

    v.

CAMERON WALKER, *et al.*,

               Defendants.

Case No. C19-1294-RAJ

ORDER GRANTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

The Court, having reviewed Plaintiff's complaint, Defendants' motion for

summary judgment, the Report and Recommendation of the Honorable Michelle L.

Peterson, United States Magistrate Judge, objections thereto, and the remaining record,

hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1    (2)    Defendants' motion for summary judgment (dkt. # 33) is GRANTED, and

2  Plaintiff's complaint (dkt. # 5) and this action are DISMISSED with prejudice.

3    (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

4  Defendants, and to Judge Peterson.

5

6
DATED this 13th day of May, 2021.

7

8

9  _____

The Honorable Richard A. Jones
10  United States District Judge